# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-40415-EJC |
| DANNY E. ANDERSON, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| _____ ) | |
| ) | |
| RREF II CER CO ACQUISITIONS, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| NATIONSTAR MORTGAGE, ) | |
| ) | |
| Respondent. ) | |

## ORDER AUTHORIZING EXAMINATION OF AND/OR DOCUMENT PRODUCTION BY NATIONSTAR MORTGAGE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

The Motion of RREF II CER CO Acquisitions, LLC ("Movant") for authorization to examine and/or obtain records of Nationstar Mortgage, having been presented to the Court, it appearing that no prior notice to the Debtor is required, and it appearing that good cause has been shown therefor, it is

ORDERED, that the Movant is hereby authorized to examine and/or obtain the records of Nationstar Mortgage regarding Debtor Danny E. Anderson; and it is

ORDERED, that Movant is hereby authorized to compel Nationstar Mortgage to produce or make available at the examination the witnesses identified herein and the documents described on Exhibit "A", attached hereto through the issuance of a subpoena; and it is

ORDERED, that Nationstar Mortgage shall make available an employee or another individual designated in accordance with Fed.R.Bankr.P. 7030, to be deposed regarding the above-referenced documents, who has knowledge of such documents, unless such examination is waived by Movant upon delivery of the documents shown on Exhibit "A"; and it is

ORDERED, that the examination of Nationstar Mortgage and the production of such documents shall occur at the offices of Watson Legal Group, LLC, 111 Arkwright Landing, Suite D, Macon, Georgia 31210, at such time and place as may be agreed upon by Movant and Nationstar Mortgage or as set forth in any such subpoena to Nationstar Mortgage; and it is

FURTHER ORDERED, that the entry hereof is without prejudice to the right of the Movant to seek entry of additional orders for authority to examine the parties subject to examination under Fed.R.Bankr.P 2004.

[END OF DOCUMENT]


*/s/ Mark S. Watson*
Watson Legal Group, LLC
Mark S. Watson
Georgia Bar No. 741783
111 Arkwright Landing
Suite D
Macon, Georgia 31210
(478) 254-6033; (478) 254-6031 (facsimile)
mark@mswatsonlegal.com
Counsel for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-40415-EJC |
| DANNY E. ANDERSON, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| _____ ) | |
| ) | |
| RREF II CER CO ACQUISITIONS, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| NATIONSTAR MORTGAGE, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that all parties entitled to service have this day been served a copy of the foregoing *Proposed Order Authorizing Examination of and/or Document Production by Nationstar Mortgage Under Federal Rule of Bankruptcy Procedure 2004* via the Court's electronic filing system (ECF).

I have this day also served the following parties by placing a copy of the same in the United States first-class mail in properly addressed envelopes with adequate postage affixed thereto:

Nationstar Mortgage
8950 Cypress Waters Boulevard
Coppell, Texas 75019

This 25th day of June, 2018.

                                                      Watson Legal Group, LLC
                                                      by:
                                                      */s/ Mark S. Watson*
                                                      Mark S. Watson
                                                      Georgia Bar No. 741783

# EXHIBIT "A"

1. Any and all documents relating or pertaining to <u>any account</u> of **Danny E. Anderson** ("Defendant"), during the period January 1, 2014 to the present including, but not limited to, any and all records, documents, memoranda, correspondence, statements of account, financial statements, and any and all other statements or documents which are held, possessed, maintained, or copied by you.

2. Legible copies of the last two (2) payment instruments used to make payments on any obligation to you or your company by or on behalf of the Defendant.

3. Any and all warranty deeds, quitclaim deeds, and deeds to secure debt which name the Defendant as grantee or grantor, individually and/or jointly with any other person or entity, relating to any real property in which the Defendant has, or had, any interest or equity for the period January 1, 2014 to the present.

4. Any and all records, documents, memoranda, and correspondence relating to any financial statements or net worth statements submitted by the Defendant to you for the period January 1, 2014 to the present.

5. Any and all records, documents, memoranda, correspondence, deeds, agreements, contracts, or invoices relating to the purchase, sale, mortgage, encumbrance or transfer of any assets owned, controlled or possessed by the Defendant submitted to you for the period January 1, 2014 to the present.

6. Any and all powers-of-attorney provided by or to Defendant relating to any account Defendant would have access to.

7. Any and all other documents relating to Defendant not otherwise requested.